UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Sarah Mae Sheppard,

    Plaintiff

v.

Carolyn W. Colvin,

    Defendant

Case No.: 2:13-cv-2112-JAD-CWH

**Order**
**[## 20, 21, 25]**

    Magistrate Judge Hoffman entered a Report and Recommendation in this Social Security appeal on April 8, 2015, recommending that plaintiff Sarah Mae Sheppard's motion for remand be denied and that defendant Carolyn Colvin's cross-motion to affirm be granted. *See* Docs. 20–21, 25. Any objections were due April 25, 2015. Neither party has filed any objection. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed." *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003). *See also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

    Accordingly, and with good cause appearing,

    It is hereby ORDERED that Magistrate Judge Hoffman's Report and Recommendation **[Doc. 25] is ACCEPTED and ADOPTED** in full.

    It is further ORDERED that Sheppard's motion to remand to the Social Security Administration **[Doc. 20] is DENIED** and Colvin's motion to affirm **[Doc. 21] is GRANTED**.

    It is further ORDERED that this case is **DISMISSED**. The Clerk of Court is instructed to **CLOSE** this case.

    DATED May 12, 2015.

                                                              _____
                                                              Jennifer A. Dorsey
                                                              United States District Judge